CO-386
10/2018

# United States District Court
# For the District of Columbia

Iowa Citizens for Community Improvement, et al. )
)
)
)
       Plaintiff )
vs )        Civil Action No. __1:20-cv-02715-TJK____
)
Council on Environmental Quality et al. )
)
)
       Defendant )

**CERTIFICATE RULE LCvR 26.1**

I, the undersigned, counsel of record for __Proposed Intervenors_____ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Proposed Intervenors_____ which have any outstanding securities in the hands of the public:

None

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

s/ Michael B. Kimberly
————————————————————
Signature

D.C. Bar No. 991549
_____
BAR IDENTIFICATION NO.

Michael B. Kimberly
————————————————————
Print Name

500 North Capitol Street NW
————————————————————
Address

Washington     DC           20001
————————————————————
City           State        Zip Code

(202) 756-8901
————————————————————
Phone Number