IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IOWA CITIZENS FOR COMMUNITY IMPROVEMENT, ANIMAL LEGAL DEFENSE FUND, ASSOCIATION OF IRRITATED RESIDENTS, INSTITUTE FOR AGRICULTURE AND TRADE POLICY, WATERKEEPER ALLIANCE, INC., and WATERKEEPER CHESAPEAKE,<br><br>    Plaintiffs,<br><br>v.<br><br>COUNCIL ON ENVIRONMENTAL QUALITY and BRENDA MALLORY IN HER OFFICIAL CAPACITY AS CHAIR OF THE COUNCIL ON ENVIRONMENTAL QUALITY,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 1:20-cv-2715-TJK<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**[PROPOSED] ORDER APPROVING STIPULATION TO STAY CASE FOR AN ADDITIONAL 60 DAYS**

Upon consideration of Federal Defendants' and Plaintiffs' Joint Status Report and Stipulation to Stay Case for an Additional 60 Days, and for good cause shown, that Stipulation is hereby APPROVED.

This case is hereby stayed for 60 days from the date of this order. Within 14 days after the end of the stay, the parties shall submit a joint status report regarding future proceedings in this case.

SO ORDERED this _____ day of June, 2021.

                                                                   _____
                                                                   Timothy J. Kelly
                                                                   United States District Judge